KAREN L. LOEFFLER
United States Attorney

ELIZABETH CRAIL
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: elizabeth.crail@alaska.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:11-CR-00010-RRB-SAO |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **MOTION TO SEAL INDICTMENT** |
| BRANDON HAYNES, ) | **FOR ONE WEEK OR UNTIL** |
| WILLIE WILSON, ) | **FIRST OUT OF CUSTODY** |
| DONTE EDWARDS, ) | **DEFENDANT IS ARRESTED** |
| ANTHONY GADSEN, ) | |
| JOE POWELL, ) | |
| NATASHA WOLFE, and ) | **FILED ON SHORTENED TIME** |
| JOLEEN MALAMUTE, ) | |
| ) | **FILED UNDER SEAL** |
| Defendants. ) | |
| ) | |

COMES NOW plaintiff, the United States of America,  by and through

undersigned counsel and hereby moves to seal the indictment in the above-captioned case.

The defendants are currently believed to be located in Fairbanks, Alaska area. One of the defendants is presently incarcerated in State custody. The remaining co-conspirators who also have been indicted are currently out of custody and arrest warrants are outstanding. The defendant presently in State custody, or any of the co-conspirators who learn of the outstanding warrants and the indictment may try to contact the other defendants and alert them to the existence of their indictment and warrant for arrest if the indictment is publicly filed. This is likely to cause them to flee or go into hiding. Furthermore, there is possibility one or more defendants may cooperate to help further the current investigation and a public filing of the indictment may compromise that investigation. In order to not alert the defendants that a warrant has been issued for their arrest, it is requested that this indictment remain sealed for at least one week or until the defendants have been apprehended by law enforcement. At that

//

//

//

//

time the United States will move for the indictment to be unsealed.

RESPECTFULLY SUBMITTED this 22nd day of April, 2011, at Fairbanks, Alaska.

                KAREN L. LOEFFLER
                United States Attorney

                s/ Elizabeth Crail
                ELIZABETH CRAIL
                Special Assistant United States Attorney
                Federal Building & U.S. Courthouse
                101 12th Avenue, Room 310
                Fairbanks, Alaska 99701
                Phone:  (907) 456-0245
                Fax: (907) 456-0577
                E-mail: elizabeth.crail@alaska.gov