IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>BRANDON HAYNES,<br>WILLIE WILSON,<br>DONTE EDWARDS,<br>ANTHONY GADSEN,<br>JOE POWELL,<br>NATASHA WOLFE, and<br>JOLEEN MALAMUTE,<br><br>    Defendants. | Case No. 4:11-CR-00010-RRB-SAO<br><br>**[PROPOSED]**<br><br>**ORDER SEALING**<br>**INDICTMENT FOR ONE WEEK**<br>**OR UNTIL FIRST OUT OF**<br>**CUSTODY DEFENDANT IS**<br>**ARRESTED**<br><br>**FILED UNDER SEAL** |

**ORDER**
**[UNDER SEAL]**

  The Court has reviewed the motion to seal the indictment in the above captioned case. Based upon the motion, it appears that public filing of the indictment could compromise the investigation, make the apprehension of new defendants more difficult, cause them to flee, or compromise the safety of law enforcement officers attempting to apprehend the new defendants in this case. Therefore, the Court finds

that the public's right of access to this indictment is outweighed by the legitimate needs of law enforcement to keep this information sealed until additional arrests could be made.

Therefore, IT IS ORDERED that the Indictment in this case be sealed pending further application by the United States. The arraignment of defendants BRANDON HAYNES, WILLIE WILSON, DONTE EDWARDS, ANTHONY GADSEN, JOE POWELL, NATASHA WOLFE, and JOLEEN MALAMUTE shall be delayed until such further application. The United States shall move to unseal the Indictment when the first out of custody defendant is arrested.

Dated:_____    _____
                      SCOTT A. ORAVEC
                      United States Magistrate Judge