KAREN L. LOEFFLER
United States Attorney

ELIZABETH CRAIL
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: elizabeth.crail@alaska.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRANDON HAYNES, <br> WILLIE WILSON, <br> DONTE EDWARDS, <br> ANTHONY GADSEN, <br> **JOE POWELL**, <br> NATASHA WOLFE, and <br> JOLEEN MALAMUTE, <br><br> Defendants. | Case No.  4:11-CR-00010-RRB-SAO <br><br><br> NOTICE OF WITHDRAWAL OF <ins>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM AS TO DEFENDANT JOE POWELL</ins> |

COMES NOW plaintiff, the United States of America, by and through

undersigned counsel and hereby moves to withdraw the petition for a Writ of

Habeas Corpus Ad Prosequendum, as to defendant, JOE POWELL, who is

currently imprisoned by the State of Alaska Department of Corrections, at

Fairbanks Correctional Center.

The Writ petition was filed pre-maturely, as the case is sealed and the

government wants the case to remain so until all defendants in the case are

arrested and arraignments set.  At that time, government will move to unseal the

case and petition the Clerk of Court for a Writ of Habeas Corpus Ad

Prosequendum for defendant, JOE POWELL.

RESPECTFULLY SUBMITTED this 26th day of April, 2011, at Fairbanks,

Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Elizabeth Crail
ELIZABETH CRAIL
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: elizabeth.crail@alaska.gov

U.S. v. Haynes, et al
4:10-CR-00010-RRB-SAO