KAREN L. LOEFFLER
United States Attorney

ELIZABETH CRAIL
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: elizabeth.crail@alaska.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:11-CR-00010-RRB-SAO |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **MOTION TO UNSEAL CASE** |
| BRANDON HAYNES, ) | |
| WILLIE WILSON, ) | |
| DONTE EDWARDS, ) | |
| ANTHONY GADSEN, ) | |
| JOE POWELL, ) | FILED ON SHORTENED TIME |
| NATASHA WOLFE, and ) | |
| JOLEEN MALAMUTE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW plaintiff, the United States of America, by and through

undersigned counsel and hereby moves to unseal the indictment, and therefore, the case in the above-captioned case.

One or more defendants in the case have been arrested and the United States moves for the case to be unsealed.

RESPECTFULLY SUBMITTED this 4th day of May, 2011, at Fairbanks, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/ Elizabeth Crail
        ELIZABETH CRAIL
        Special Assistant United States Attorney
        Federal Building & U.S. Courthouse
        101 12th Avenue, Room 310
        Fairbanks, Alaska 99701
        Phone: (907) 456-0245
        Fax: (907) 456-0577
        E-mail: elizabeth.crail@alaska.gov