IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:11-CR-00010-RRB-SAO |
| | ) | |
| Plaintiff, | ) | [PROPOSED] |
| | ) | |
| vs. | ) | **ORDER UNSEALING CASE** |
| | ) | |
| BRANDON HAYNES, | ) | |
| WILLIE WILSON, | ) | |
| DONTE EDWARDS, | ) | |
| ANTHONY GADSEN, | ) | |
| JOE POWELL, | ) | |
| NATASHA WOLFE, and | ) | |
| JOLEEN MALAMUTE, | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion of the United States, IT IS SO ORDERED that the Indictment, and the case, be unsealed.

Dated:_____

_____
SCOTT A. ORAVEC
United States Magistrate Judge