KAREN L. LOEFFLER
United States Attorney

ELIZABETH CRAIL
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: elizabeth.crail@alaska.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | ) Case No.  4:11-CR-00010-RRB-SAO |
| | ) |
| HAYNES, et al.case | ) PETITION FOR WRIT OF HABEAS |
| JOE POWELL, | ) CORPUS AD PROSEQUENDUM |
|           Defendant. | ) |
| | ) |
| On Writ of Habeas Corpus | ) |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

JOE POWELL, who is imprisoned by the State of Alaska Department of Corrections, at Fairbanks Correctional Center, is a defendant in a certain cause now pending before this court, to wit: United States of America v. Haynes, el al, Case No. 4:11-CR-00010-RRB-SAO, which is necessary to schedule an

arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Fairbanks, Alaska, for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections, as soon as the case is disposed of.

                              KAREN L. LOEFFLER
                              United States Attorney

DATED: 5/4/2011                s/ Elizabeth Crail
                              ELIZABETH CRAIL
                              Special Assistant United States Attorney
                              Federal Building & U.S. Courthouse
                              101 12th Avenue, Room 310
                              Fairbanks, Alaska 99701
                              Phone: (907) 456-0245
                              Fax: (907) 456-0577
                              E-mail: elizabeth.crail@alaska.gov