AO 442 (Rev. 12/85) Warrant for Arrest

**RECEIVED**
MAY 05 2011
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2011 APR 21 PM 3 26

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

"SEALED"

UNITED STATES OF AMERICA

v.

NATASHA WOLFE

ORIGINAL

## WARRANT FOR ARREST

CASE NUMBER: 4:11-cr-00010-RRB-SAO-06
USMS-D/ALASKA-WARRANTS
FID# 208 3958
WARRANT # 1106-0442-0997-J
Entered NCIC _____

Entered APSIN _____

Removed NCIC _____
Removed APSIN _____

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Natasha Wolfe and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense): Conspiracy to Distribute, Possession with intent to Distribute, Possession of a Firearm

in violation of Title 21 United States Code, Section(s) 841(a)(1) and (b)(1)(B), (C) & (D); 18:924(c)(1)(A)(i)

| Marvel Hansbraugh | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| by Redacted Signature       Deputy Clerk | 4/21/11 Anchorage, AK |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ TO BE DETERMINED          by Deborah M. Smith, U.S. Magistrate Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: _____

FAIRBANKS, AK

| DATE RECEIVED 4/21/2011 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/3/2011 | ATF | Redacted Signature |