```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.  NATASHA WOLFE       CASE NO. 4:11-CR-00010-06-RRB-SAO
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         JODY EVANS

UNITED STATES' ATTORNEY:       ELIZABETH CRAIL

DEFENDANT'S ATTORNEY:          NOT PRESENT

U.S.P.O.:                      TONI OSTANIK

PROCEEDINGS: INITIAL APPEARANCE ON INDICTMENT (ARRAIGNMENT ON
             INDICTMENT) HELD MAY 5, 2011:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:43 p.m. court convened.
```

 X Copy of Indictment given to defendant: read.

 X Defendant advised of general rights, charges and penalties.

 X Arraignment/Detention Hearing set for **May 10, 2011 at 2:30 p.m.** before U.S. Magistrate Judge Oravec.

 X Order of Temporary Detention Pending Hearing **FILED**.

 X Counsel advised of trial date: **July 11, 2011 at 8:30 a.m.** Final Pretrial Conference set for **July 5, 2011 at 9:00 a.m.** before U.S. District Judge Beistline in Fairbanks.

 X OTHER:  Court and counsel heard re defendant's intent to retain private counsel.

At 3:57 p.m. court adjourned.

DATE: MAY 5, 2011              DEPUTY CLERK'S INITIALS:    JAE
Revised 9-28-09