IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NATASHA WOLFE,

        Defendant.

Case No. 4:11-CR-00010-06-RRB-SAO

## ENTRY OF APPEARANCE

> I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

Jason A. Weiner of Gazewood & Weiner, whose address is 1008 16th Avenue, Suite 200, Fairbanks, Alaska, 99701, hereby enters his appearance as counsel for Natasha Wolfe, defendant in this action, and requests that copies of all pleadings herein be served on him.

Dated: May 10, 2011

        GAZEWOOD & WEINER, PC
        Attorney for Defendant

By: /s/ Jason A. Weiner
        Jason A. Weiner
        ABA No. 9906031

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided via ☐ E-mail ☒ courier ☐ hand-delivery to the following:
**Elizabeth Crail**
elizabeth_crail@law.state.ak.us
**M.J. Haden**
MJ_Haden@fd.org
**Lawrence F. Reger**
regerlaw@acsalaska.net
**Stonewall Crawford**
jcrawfordlaw@hotmail.com

Dated: 05/10/11   By: /s/ Morgan C. Phillips
        Morgan C. Phillips

**GAZEWOOD & WEINER, PC**
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com