UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
) CASE NO. 4:11-cr-00010-06 RRB-SAO
v. )
) **RELEASE ORDER**
NATASHA WOLFE, )
)
        Defendant. )
_____)

TO:   UNITED STATES MARSHAL

      Defendant, NATASHA WOLFE, has this date met the bail conditions indicated below and is ordered discharged from custody.

| | |
|---|---|
| xx | Released to <u>BILLIE JEAN LOPEZ</u>, the third party custodian; |
| __ | Paid cash bail in the amount of  to the Clerk of Court; |
| __ | Posted unsecured bond in the amount of ; |
| __ | Posted bond secured by property or surety in the amount of  with the Clerk of Court; |
| __ | Surrendered passport to the Clerk of Court; |
| __ | Other. |

      Dated at Fairbanks, Alaska, this 11th day of May, 2011

                            MARVEL HANSBRAUGH, Clerk of Court

                            BY: Redacted Signature
                            De.

RELEASE ORDER
[rls order.wpd]{RELEASE.WPD*Rev.2/97}