MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _NATASHA WOLFE_    CASE NO._4:11-CR-00010-06-RRB-SAO_
Defendant: _X_Present _X_In Custody

BEFORE THE HONORABLE:_____SCOTT A. ORAVEC_____

DEPUTY CLERK/RECORDER:_____CONSTANCE LEDDOW_____

UNITED STATES' ATTORNEY:____ELIZABETH CRAIL_____

DEFENDANT'S ATTORNEY:_____JASON WEINER - APPOINTED_____

U.S.P.O.:_____MARCI LUNDGREN_____

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT/DETENTION HEARING
          HELD MAY 10, 2011:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:33 p.m. court convened.

Copy of Indictment given to defendant: waived reading.

Defendant advised of general rights.

Financial Affidavit **FILED.**

Federal Public Defender to appoint CJA counsel; FPD notified.

PLEA(S): Not Guilty to count(s)_1, 2, and 3 of the Indictment._
Defendant **DENIED** any Criminal Forfeiture Allegations as stated in
the Indictment.

Bail Information Sheet **FILED.**

Order Setting Conditions of Release **FILED.**

Release Order **FILED.**

Pretrial motions due_**May 27, 2011**_; Order for the Progression of
a Criminal Case with Trial Date **FILED.**

Counsel advised of trial date:_**July 11, 2011 at 8:30 a.m.**_____
Final Pretrial Conference set for **July 5, 2011 at 9:00 a.m.**
before U.S. District Judge Beistline in Fairbanks.

Continued to page 2

DATE:__MAY 10, 2011_____   DEPUTY CLERK'S INITIALS: ___JAE___
Revised 9-28-09

Continuation - Page 2
U.S.A. v. Natasha Wolfe
4:11-cr-00010-06-RRB-SAO
Arraignment on Indictment/Detention Hearing
May 10, 2011
----------------------------------------------------------------

Court and counsel heard re defendant's Oral Motion to release the defendant with conditions; **GRANTED.**

Billie Jean Lopez sworn and testified on behalf of the defendant as proposed Third Party Custodian.

OTHER: Court ordered Mr. Weiner to file Entry of Appearance by **May 11, 2011.** Parties to meet and confer by **May 13, 2011.** Court ordered government to file Certificate of Discovery Conference by **May 16, 2011.**

At 3:12 p.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to U.S. Marshal Service.

DATE:  MAY 10, 2011          DEPUTY CLERK'S INITIALS:   JAE

Revised 9-28-09