(Rev 5/11)                                      **LIST OF WITNESSES**
--------------------------------------------------------------------------------------------------
Case No.  4:11-cr-00010-06 RRB-SAO          Magistrate Judge/Judge:    **SCOTT A. ORAVEC**

Title    USA
         vs.
         NATASHA WOLFE

Dates of Hearing/Trial: May 10, 2011

Deputy Clerk/Recorder: CONSTANCE LEDLOW

----------------------------------------------------------**WITNESSES**----------------------------------------------------------

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|------|-----------|----------|-----|-------------|-----------|
| 5/10/11 | 2:41:24 p.m. | 2:58:07 p.m. | W-1 | BILLIE JEAN LOPEZ | DEF |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |