Lawrence F. Reger
Reger Law Office
100 Cushman St., Suite 205
Fairbanks, AK 99701
(907) 456-4030
(907) 456-4022 facsimile
regerlaw@acsalaska.net

Attorney for Defendant Joleen Malamute

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Petitioner, | ) |
| vs. | ) Case No. 4:11-CR-00010-RRB-SAO |
| | ) MOTION ON SHORTENED TIME TO |
| | ) VACATE DETENTION HEARING (Doc. No. |
| | ) 68) |
| BRANDON HAYNES, | ) |
| WILLIE WILSON, | ) |
| DONTE EDWARDS, | ) |
| ANTHONY GADSEN, | ) |
| JOE POWELL, | ) |
| NATASHA WOLFE, and | ) |
| JOLEEN MALAMUTE, | ) |
| Defendants. | ) |

COMES NOW Defendant Joleen Malamute, by and through her counsel of record, Lawrence F. Reger, and hereby moves the Court for an order on shortened time to vacate the detention hearing currently scheduled for May 16, 2011 at 3:45 p.m. The basis for this motion is that the undersigned has uncovered difficulties that need to be addressed before a detention hearing should be held. Under these circumstances, it is respectfully requested that this afternoon's detention hearing be vacated.

DATED at Fairbanks, Alaska, this 13th day of May, 2011.

                                    REGER LAW OFFICE
                                    Attorney for Defendant Joleen Malamute

By: /s/Lawrence f. Reger
     Lawrence F. Reger, ABA#9811081

**CERTIFICATE OF SERVICE**

This certifies that a copy of the foregoing will be Electronically served simultaneous with filing to the Following attorneys and/or parties of record:

Elizabeth F. Crail
Elizabeth.Crail@alaska.gov

/s/                                             05/13/11
Attorney for Defendant Joleen Malamute       Date