Lawrence F. Reger
Reger Law Office
100 Cushman St., Suite 205
Fairbanks, AK 99701
(907) 456-4030
(907) 456-4022 facsimile
regerlaw@acsalaska.net

Attorney for Defendant Joleen Malamute

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>)<br>)<br>)<br>)<br>BRANDON HAYNES, )<br>WILLIE WILSON, )<br>DONTE EDWARDS, )<br>ANTHONY GADSEN, )<br>JOE POWELL, )<br>NATASHA WOLFE, and )<br>JOLEEN MALAMUTE, )<br>)<br>Defendants. )<br>_____) | Case No. 4:11-CR-00010-RRB-SAO<br><br>PROPOSED ORDER GRANTING<br>MOTION ON SHORTENED TIME TO<br>VACATE DETENTION HEARING (Doc. 68) |

  This matter, having come before the Court on Defendant Joleen Malamute's Unopposed

Motion on Shortened Time to Re-Schedule Detention Hearing and the Court being duly advised

in premises;

  IT IS HEREBY ORDERED that Defendant's motion is GRANTED.  The detention

hearing currently set for May 16, 2011 at 3:45 p.m. is hereby VACATED.

  DATED at Fairbanks, Alaska, this _____ day of May, 2011.

By: /s/ _____
Federal Magistrate

---

**CERTIFICATE OF SERVICE**

This certifies that a copy of the foregoing will be Electronically served simultaneous with filing to the Following attorneys and/or parties of record:

Elizabeth F. Crail
Elizabeth.Crail@alaska.gov

/s/ _____   05/13/11
Attorney for Defendant Joleen Malamute    Date