KAREN L. LOEFFLER
United States Attorney

ELIZABETH CRAIL
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: elizabeth.crail@alaska.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:11-CR-00010-RRB-SAO |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF DISCOVERY** |
| BRANDON HAYNES, ) | **CONFERENCE** |
| WILLIE WILSON, ) | |
| DONTE EDWARDS, ) | |
| ANTHONY GADSON, ) | |
| JOE POWELL, ) | |
| NATASHA WOLFE, and ) | |
| JOLEEN MALAMUTE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW Plaintiff, the United States of America, pursuant to Fed. R.

Crim. P. 16, and certifies that counsel for the government and counsel for defendants Wilson, Edwards, Gadson, Powell, Wolfe and Malamute met and conferred regarding discovery in the above caption case by the filing deadline of May 16, 2011. The United States provided the initial discovery to the defense on May 11, via U.S. Mail.

Further discovery will be provided, if additional discoverable material becomes available.  Reciprocal discovery is requested,  pursuant to Fed. R. Crim. P. 16.

DATED  this 16th day of May, 2011.

KAREN L. LOEFFLER
United States Attorney

s/ Elizabeth Crail
ELIZABETH CRAIL
Special Assistant United States Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on May 16, 2011, a copy of the foregoing, CERTIFICATE OF DISCOVERY CONFERENCE,  is being served via electronic notice on:

Kenneth L. Covell
Michael A. Stepovich
S. Jason Crawford
M. J. Haden
Jason A. Weiner
Lawrence F. Reger

s/ Elizabeth Crail
Office of the U.S. Attorney

U.S. v. Haynes, et al
4:11-cr-00010-RRB-SAO			Page 2 of  2