IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NATASHA WOLFE,

        Defendant.

Case No. 4:11-CR-00010-06-RRB-SAO

## MOTION FOR SUBSEQUENT BAIL REVIEW HEARING FILED ON SHORTENED TIME

> I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

COMES NOW, Jason Weiner, of Gazewood & Weiner, on behalf of defendant, Natasha Wolfe, hereby requests a bail review hearing by the close of business on May 26, 2011. A new third party, Dianna Torres, has been proposed as an alternate third party for Ms. Wolfe. Ms. Torres is expected to be needed as a third party for the upcoming weekend, May 27, 2011 beginning at approximately 5:00pm, and ending on Tuesday morning, May 31, at 9:00am while Ms. Lopez, the current third party, is out of town preparing for a wedding. Mr. Torres will be living at Ms. Lopez's home during this time period, and without her children. She can be 24 hour site and sound. All other conditions of bail would remain the same. The need for an alternate third party was mentioned at the original bail hearing.

GAZEWOOD &
WEINER, PC

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

Dated: May 23, 2011

GAZEWOOD & WEINER, PC
Attorney for Defendant

By:   /s/ Jason A. Weiner
Jason A. Weiner
ABA No. 9906031

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided via ☒ E-mail ☐ courier ☐ hand-delivery to the following:
**Elizabeth Crail**
elizabeth_crail@law.state.ak.us
**M.J. Haden**
MJ_Haden@fd.org
**Lawrence F. Reger**
regerlaw@acsalaska.net
**Stonewall Crawford**
jcrawfordlaw@hotmail.com

Dated:   05/23/11   By:   /s/ Michoeh K. Ahseln
Michoeh K. Ahseln

**GAZEWOOD & WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

State v. Natasha Wolfe
Case No. 4:11-CR-00010-06-RRB-SAO

Page 2 of 2

Motion For Subsequent Bail Review
Hearing Filed On Shortened Time