MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _NATASHA WOLFE_____ CASE NO._4:11-00010-06 RRB_____
Defendant:_X_Present   _X_On Bond

BEFORE THE HONORABLE:_____SCOTT A. ORAVEC_____

DEPUTY CLERK/RECORDER:_____CONSTANCE LEDLOW_____

UNITED STATES' ATTORNEY:__ELIZABETH CRAIL_____

DEFENDANT'S ATTORNEY:_____JASON WEINER_____

U.S.P.O.:_____MARCI LUNDGREN_____

PROCEEDINGS: BAIL REVIEW HEARING HELD: **MAY 26, 2011**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

Court and counsel heard re defendant's oral motion for an
alternate third party custodian.

Diana Torres sworn and testified on behalf of the defendant as a
proposed alternate third party custodian with conditions.

Court heard; defendant's oral motion for an alternate third party
custodian with conditions **GRANTED.**

Amended Additional Conditions of Release **FILED.**

Defendant's conditions of release remain as previously set and
with modifications.

List of Witnesses to be filed separately.

At 9:51 a.m. court adjourned.

DATE:__MAY 26, 2011_____ DEPUTY CLERK'S INITIALS:___CBL_____
Revised 9-28-09