(Rev 5/11)                                    **LIST OF WITNESSES**
-----------------------------------------------------------------------------------------------------------
Case No.  4:11-cr-00010-06 RRB-SAO          Magistrate Judge/Judge:    **SCOTT A. ORAVEC**

Title    USA
             vs.
             NATASHA WOLFE

Dates of Hearing/Trial: May 26, 2011

Deputy Clerk/Recorder: CONSTANCE LEDLOW

-------------------------------------------------------**WITNESSES**-----------------------------------------------

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|------|-----------|----------|-----|--------------|-----------|
| 5/26/11 | 9:37:27 | 9:44:53 | W-1 | DIANA TORRES | DEF |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |