M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JOE DAVID POWELL,<br><br>   Defendant. | Case No. 4:11-cr-0010-RRB-SAO<br><br>**NOTICE OF<br>JOINDER IN OPPOSITION,**<br>**<u>Filed Under Seal</u>** |

      Defendant, Joe David Powell, by and through counsel M. J. Haden, Assistant Federal Defender, hereby gives notice that he joins in the Opposition to Government's Motion for Protective Order Regarding Discovery, filed by co-defendant Donte Edwards at Docket 91.

///

///

///

///

///

DATED this 2nd day of June, 2011.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 2, 2011, a copy of the foregoing document, with attachments, was served electronically on:

Elizabeth F. Crail, Esq.

/s/ M. J. Haden