```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.  WILLIE WILSON           CASE NO. 4:11-CR-00010-02-RRB
Defendant:  X Present  X In Custody
U.S.A. vs.  DONTE EDWARDS           CASE NO. 4:11-CR-00010-03-RRB
Defendant:  X Present  X In Custody
U.S.A. vs.  ANTHONY GADSON          CASE NO. 4:11-CR-00010-04-RRB
Defendant:  X Present  X In Custody
U.S.A. vs.  JOE POWELL              CASE NO. 4:11-CR-00010-05-RRB
Defendant:  X Present  X In Custody
U.S.A. vs.  NATASHA WOLFE           CASE NO. 4:11-CR-00010-06-RRB
Defendant:  X Present  X On Bond
U.S.A. vs.  JOLEEN MALAMUTE         CASE NO. 4:11-CR-00010-07-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:       RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:      JODY EVANS

UNITED STATES' ATTORNEY:    ELIZABETH CRAIL

DEFENDANT'S ATTORNEY:       KENNETH COVELL - FOR WILSON
DEFENDANT'S ATTORNEY:       MICHAEL STEPOVICH - FOR EDWARDS
DEFENDANT'S ATTORNEY:       JASON CRAWFORD - GADSON - TELEPHONIC
DEFENDANT'S ATTORNEY:       M.J. HADEN - FOR POWELL - TELEPHONIC
DEFENDANT'S ATTORNEY:       JASON WEINER - FOR WOLFE
DEFENDANT'S ATTORNEY:       LAWRENCE REGER - FOR MALAMUTE
```

PROCEEDINGS: HEARING ON MOTION TO CONTINUE TRIAL (DKT 84)
             HELD JUNE 3, 2011:
---------------------------------------------------------

At 11:56 a.m. court convened.

Court and counsel heard re Defendant Powell's Motion to Continue Trial (DKT 84) and defendants Wilson, Edwards, Gadson, Wolfe, and Malamute Oral Non-Opposition to Continue Trial; **GRANTED**.

Court found excludable delay under 18 U.S.C. section 3161 (h)(7)(A)(B)Continuance granted; 18 U.S.C. section 3161 (h)(7)(B)(iv)Continuance granted in order to give reasonable time to prepare as to defendants Wilson, Edwards, Gadson, Powell, Wolfe, and Malamute.

Continued to page 2

DATE: JUNE 3, 2011                DEPUTY CLERK'S INITIALS:   JAE

Revised 9-28-09

```
              Continuation - Page 2
              U.S.A. vs. Hayes et al.
                 4:11-cr-00010-RRB
        Hearing on Motion to Continue Trial (DKT 84)
                    June 3, 2011
```
--------------------------------------------------------------------

Final Pretrial Conference previously set for **July 5, 2011 at 9:00 a.m.** as to defendants Wilson, Edwards, Gadson, Powell, Wolfe, and Malamute; **VACATED.**

Trial by Jury previously set for **July 11, 2011 at 8:30 a.m.** as to defendants Wilson, Edwards, Gadson, Powell, Wolfe, and Malamute; **VACATED.**

Final Pretrial Conference for **September 22, 2011 at 10:00 a.m.** as to defendants Wilson, Edwards, Gadson, Powell, Wolfe, and Malamute.

Trial by Jury set for **September 25, 2011 at 8:30 a.m.** as to defendants Wilson, Edwards, Gadson, Powell, Wolfe, and Malamute.

Detention continued as to defendants Wilson, Edwards, Gadson, Powell, and Malamute.

Defendant Wolfe's Conditions of Release remain as previously set.

At 12:09 p.m. court adjourned.

DATE: JUNE 3, 2011                 DEPUTY CLERK'S INITIALS:   JAE

Revised 9-28-09