```
                    MINUTES OF THE UNITED STATES DISTRICT COURT
                               DISTRICT OF ALASKA

U.S.A. vs.  WILLIE WILSON       CASE NO. 4:11-CR-00010-02-RRB
Defendant:  X Present  X In Custody
U.S.A. vs.  DONTE EDWARDS       CASE NO. 4:11-CR-00010-03-RRB
Defendant:  X Present  X In Custody
U.S.A. vs.  ANTHONY GADSON      CASE NO. 4:11-CR-00010-04-RRB
Defendant:  X Present  X In Custody
U.S.A. vs.  JOE POWELL          CASE NO. 4:11-CR-00010-05-RRB
Defendant:  X Present  X In Custody
U.S.A. vs.  NATASHA WOLFE       CASE NO. 4:11-CR-00010-06-RRB
Defendant:  X Present  X On Bond
U.S.A. vs.  JOLEEN MALAMUTE     CASE NO. 4:11-CR-00010-07-RRB
Defendant:  X Present  X In Custody
```

BEFORE THE HONORABLE:       SCOTT A. ORAVEC

DEPUTY CLERK/RECORDER:      CONSTANCE LEDLOW

UNITED STATES' ATTORNEY:    ELIZABETH CRAIL

DEFENDANT'S ATTORNEY:       KENNETH COVELL -FOR WILSON
                            MICHAEL STEPOVICH -FOR EDWARDS
                            JASON CRAWFORD -FOR GADSON -TELEPHONIC
                            M.J. HADEN -FOR POWELL -TELEPHONIC
                            JASON WEINER -FOR WOLFE
                            LAWRENCE REGER -FOR MALAMUTE

PROCEEDINGS: HEARING ON MOTION TO CONTINUE PRETRIAL DEADLINES
             [83] (HEARING ON MOTION FOR PROTECTIVE ORDER [80]
             HELD JUNE 3, 2011:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 12:14 p.m. court convened.

Court and counsel heard re defendant Powell's Unopposed Motion to Continue Pretrial Deadlines [83], and defendants Wilson, Edwards, Gadson, Wolfe and Malamute oral non-opposition to continue Pretrial Deadlines; **GRANTED.**

Court ordered Pretrial Motions due on or before **August 1, 2011** as to defendants Wilson, Edwards, Gadson, Powell, Wolfe and Malmute.

Continued to page 2

DATE: JUNE 3, 2011                  DEPUTY CLERK'S INITIALS:   CBL

Revised 9-28-09

```
                       Continuation page 2
                        4:11-CR-00010-RRB
                       USA vs Haynes, et al
    Hearing on Motion to Continue Pretrial Deadlines [83] (Hearing on
                    Motion for Protective Order [80]
                           June 3, 2011
----------------------------------------------------------------
```

Court and counsel heard re discovery as to defendants Wilson, Edwards, Gadson, Powell, Wolfe and Malmute.

Court ordered all remaining discovery due on or before **June 13, 2011** as to defendants Wilson, Edwards, Gadson, Powell, Wolfe and Malmute.

At 12:24 p.m. court adjourned.

DATE: JUNE 3, 2011                    DEPUTY CLERK'S INITIALS:   CBL

Revised 9-28-09