KAREN L. LOEFFLER
United States Attorney

ELIZABETH CRAIL
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: elizabeth.crail@alaska.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BRANDON HAYNES,<br>WILLIE WILSON,<br>DONTE EDWARDS,<br>ANTHONY GADSON,<br>JOE POWELL,<br>NATASHA WOLFE, and<br>JOLEEN MALAMUTE,<br><br>                Defendants. | Case No. 4:11-CR-00010-RRB-SAO<br><br><br><br>**MOTION TO ACCEPT DIGITAL EVIDENCE**<br><br>*In Camera*<br><br><br><br>**FILED UNDER SEAL** |

COMES NOW plaintiff, the United States of America, by and through

undersigned counsel, Special Assistant United States Attorney, Elizabeth F. Crail, and requests the Court to accept the in camera copy of the digital evidence which the Court orally ordered the government on Friday June 3, 2011, to provide to the Court along with the detailed description of which portions of the digital evidence should be the subject of the Court's order restricting certain portions of the previously provided discovery to the defense team, with copies not to be distributed to the defendants.  Because no minutes or other written Court order have been published, the government is obliged to request that this Court order that the digital evidence be accepted in camera in order to accomplish this review.

RESPECTFULLY SUBMITTED this 8th day of June, 2011, at Fairbanks, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/ Elizabeth Crail
        ELIZABETH CRAIL
        United States Attorney's Office

undersigned counsel, Special Assistant United States Attorney, Elizabeth F. Crail, and requests the Court to accept the in camera copy of the digital evidence which the Court orally ordered the government on Friday June 3, 2011, to provide to the Court along with the detailed description of which portions of the digital evidence should be the subject of the Court's order restricting certain portions of the previously provided discovery to the defense team, with copies not to be distributed to the defendants.  Because no minutes or other written Court order have been published, the government is obliged to request that this Court order that the digital evidence be accepted in camera in order to accomplish this review.

RESPECTFULLY SUBMITTED this 8th day of June, 2011, at Fairbanks, Alaska.

    KAREN L. LOEFFLER
    United States Attorney

    s/ Elizabeth Crail
    ELIZABETH CRAIL
    United States Attorney's Office

**CERTIFICATION OF SERVICE**

I hereby certify that on June 8, 2011, a copy of the foregoing is being served via electronic notice on:

Kenneth L. Covell
Michael A. Stepovich
S. Jason Crawford
M. J. Haden
Jason A. Weiner
Lawrence F. Reger
Allen N. Dayan

s/ Elizabeth Crail
Office of the U.S. Attorney