IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:11-CR-00010-RRB-SAO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [PROPOSED] |
| | ) | |
| BRANDON HAYNES, | ) | **ORDER** |
| WILLIE WILSON, | ) | |
| DONTE EDWARDS, | ) | |
| ANTHONY GADSEN, | ) | |
| JOE POWELL, | ) | FILED UNDER SEAL |
| NATASHA WOLFE, and | ) | |
| JOLEEN MALAMUTE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having duly considered the United States Motion to file electronic media in camera to facilitate this Court's review of the government's detailed description of the digital evidence which should be restricted to the defense team and not distributed to the defendants, the Court orders that the electronic media shall be accepted for filing in camera.

IT IS SO ORDERED.

Dated:_____ _____
SCOTT A. ORAVEC
United States Magistrate Judge