IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NATASHA WOLFE,

        Defendant.

Case No. 4:11-CR-00010-06-RRB-SAO

## MOTION FOR SUBSEQUENT BAIL REVIEW HEARING FILED ON SHORTENED TIME

> I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

COMES NOW, Jason Weiner, of Gazewood & Weiner, on behalf of defendant, Natasha Wolfe, and hereby requests a bail review hearing by the close of business on June 14, 2011. A new third party, Roxy Marcy, has been proposed as an alternate third party for Ms. Wolfe. Ms. Marcy is expected to be needed as a third party for two days, beginning the evening of June 16, 2011 at approximately 8:00pm to the evening of June 18, 2011 at approximately 5:30pm, while Ms. Lopez, the current third party, is out of town attending her daughter's graduation. Ms. Torres, who has been approved as another alternate third party, will also be out of town for employment training, and will unavailable until her return from Anchorage on June 18, 2011 at approximately 5:30pm where after, Ms. Torres can relieve Ms. Marcy. Ms. Marcy would be residing in Ms. Lopez's home without her children. She can be 24 hour sight and sound. All other conditions of bail would remain the same.

Ms. Wolfe requests a hearing by the close of business on Thursday, June 14, 2011.

GAZEWOOD &
WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

Dated: June 9, 2011

GAZEWOOD & WEINER, PC
Attorney for Defendant

By: /s/ Jason A. Weiner
Jason A. Weiner
ABA No. 9906031

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided via ☒ E-mail ☐ courier ☐ hand-delivery to the following:
**Elizabeth Crail**
elizabeth_crail@law.state.ak.us
**M.J. Haden**
MJ_Haden@fd.org
**Lawrence F. Reger**
regerlaw@acsalaska.net
**Stonewall Crawford**
jcrawfordlaw@hotmail.com

Dated: 06/09/11   By: /s/ Michoeh K. Ahseln
Michoeh K. Ahseln

---

GAZEWOOD &
WEINER, PC

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

State v. Natasha Wolfe
Case No. 4:11-CR-00010-06-RRB-SAO

Page 2 of 2

Motion For Subsequent Bail Review
Hearing Filed On Shortened Time