IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

NATASHA WOLFE,

           Defendant.

Case No. 4:11-CR-00010-06-RRB-SAO

# ORDER
(Granting Motion for Subsequent Bail Review Hearing Filed on Shortened Time)

```
I certify this document and its attachments do not contain the (1) name of a victim of a
sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone
number of a victim of or witness to any offense unless it is an address identifying the place
of a crime or an address or telephone number in a transcript of a court proceeding and
disclosure of the information was ordered by the court.
```

THIS MATTER having come before this Court upon motion of the defendant, and the court being advised of the opposition, if any;

IT IS HEREBY ORDERED that Defendant Wolfe's Motion for Bail Review Hearing Filed on Shortened Time is **GRANTED**. A bail review hearing will be scheduled no later than _____ 2011.

DATED at Fairbanks, Alaska this \_\_\_\_\_ day of \_\_\_\_\_, 2011.

                          Honorable Judge Oravec

GAZEWOOD &
WEINER, PC

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was provided via:
☒ Email ☐ courier ☐ hand-delivery to the following:
Elizabeth Crail
elizabeth_crail@law.state.ak.us
MJ Haden
MJ_Haden@fd.org
Lawrence F. Reger

USA vs. NATASHA WOLFE
Case No. 4:11-CR-00010-06-RRB-SAO

Page 1 of 2

Order

regerlaw@acsalaska.net
Stonewall Crawford
jcrawfordlaw@hotmail.com

Dated: 06/09/11   By:/s/Michoeh K. Ahseln

              Michoeh K. Ahseln

**GAZEWOOD & WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

**USA vs. NATASHA WOLFE**
**Case No. 4:11-CR-00010-06-RRB-SAO**

Page 2 of 2

Order